IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02626-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

BUENA VISTA CORRECTIONAL FACILITY,
JOHNNY DAVIS,
GERALD KNAPIC, and
JAMES GRIGGS,
All Sued in Their Official and Individual Capacities,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that for the reasons stated in the Response (Docket No. 19), the Plaintiff's Motion for Leave to Treat and Respond to Defendants Motion to Dismiss as a Motion for Summary Judgment (Docket No. 17) is denied.

Date: February 15, 2012