**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02626-CMA-MJW

SHAWN D. ALLEN,

      Plaintiff,

v.

BUENA VISTA CORRECTIONAL FAC.,
JOHNNY DAVIS,
GERALD KNAPIC, and
JAMES GRIGGS,

      Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Plaintiff's Motion to Dismiss Case Without Prejudice (Doc. # 28), filed *pro se* July 11, 2012.  The Court having considered Plaintiff's Motion to Dismiss, hereby

ORDERS that this case be DISMISSED WITHOUT PREJUDICE.

DATED:  July   12  , 2012

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge